MINUTE ENTRY
VANCE, J.
FEBRUARY 1, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL CASE |
|---|---|
| VERSUS | NO. 21-110 |
| ASHLEY MCGOWAN (BOND) | SECTION:  R |

**CASE MANAGER:** CHERIE STOUDER
**COURT REPORTER:** NICHELLE WHEELER
**LAW CLERK:** SOPHIE LIPMAN

### SENTENCING HEARING

**APPEARANCES:** ASHLEY MCGOWAN, DEFENDANT
DAVIDSON S. EHLE, III, COUNSEL FOR DEFENDANT
BRANDON LONG, ASSISTANT U.S. ATTORNEY
THAIS SAUNDERS, U.S. PROBATION OFFICER

Court begins at 11:23 a.m.
All present and ready.
Defendant present for sentencing as to Count 1 of the Indictment.
Government's Motion for 3-Level Reduction, GRANTED.
Defense counsel presented a document in Court which is attached hereto under seal.
Statement by defendant in mitigation of sentence.
Statement by counsel for defendant in mitigation of sentence.
Statement made by counsel for the government.
Motion by defendant for downward departure and variance, DENIED.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Government orally moves to dismiss the remaining counts, GRANTED.
Defendant released on bond to self-surrender on April 3, 2023, at 12:00 p.m. (noon).
Counsel thanked and excused.
Court adjourned at 11:43 a.m.

```
JS-10: 00:20
```