UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  21-110 |
| v. | * | SECTION: "R" |
| ASHLEY McGOWAN | * | |
| * * * | | |

### ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be 3 points.

New Orleans, Louisiana, this __6th__ day of __February__, 2023.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE